```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**TYRONE A. JACKSON**                                       CIVIL ACTION

**versus**                                                  NO. 11-1771

**N. BURL CAIN**                                            SECTION: "J" (3)


## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Tyrone A. Jackson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of May, 2013.

                                         _____
                                         UNITED STATES DISTRICT JUDGE